In the Matter of the Application of JULIUS L. ROSENTHAL for Reconsideration and Modification of an Order of Disbarment Dated March 19, 1937.— Application denied without prejudice to renewal at the expiration of three years from date of disbarment. [See 250 App. Div. 421; 251 id. 824; Id. 833.] Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

In the Matter of HARRY WISHNEW, an Attorney.— Motion to amend petition by adding a charge thereto granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

JAMAICA WATER SUPPLY COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 323.] The following question is certified: Should the plaintiff have had summary judgment as prayed for in the notice of motion? Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

RUTH LEVY, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

HELEN LIBARIS, as Administratrix, etc., of ANDREW J. LIBARIS, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Appellant.— Motion for resettlement of order of October 22, 1937, denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MORRIS NEINKEN, Respondent, v. SAMUEL BRILL, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

PEOPLES SAVINGS BANK OF YONKERS, NEW YORK, Respondent, v. ANGELO MAGGIO, Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CONFESSORE, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY G. SINGER, Petitioner, v. Honorable ERSKINE C. ROGERS, Individually and as Justice of the Supreme Court, and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.